AO 472 (Rev. 6/05) Order of Detention Pending Trial

# United States District Court
## Eastern District of Michigan

United States of America  
v.  
RAMON JONES                    /  
Defendant

**ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING**  
Case Number: 06-20567

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact

- (1) I find that:
  - there is probable cause to believe that the defendant has committed an offense
  - for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841 or 846;
  - under 18 U.S.C. § 924(c).

- (2) I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

- I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear. - Repeatedly failed to comply with terms of probation.

- I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community. - Multiple convictions for assaultive crimes, several involving dangerous weapons. Numerous domestic violence cases.

### Part II – Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):

- (a) nature of the offense - Multiple serious violations of Supervised Release Conditions.
- (b) weight of the evidence - Very strong, including seizure of crack cocaine from defendant.
- (c) history and characteristics of the defendant -.
  - 1) physical and mental condition - Apparently in satisfactory health.
  - 2) employment, financial, family ties - Drug dealer - does not support his dependants.
  - 3) criminal history and record of appearance - Three drug and two weapons offense convictions. court ordered conditions/restrictions.
- (d) probation, parole or bond at time of the alleged offense -
- (e) danger to another person or community - Continued drug distribution activity.

Defendant is facing state charges of crack cocaine distribution. A quantity of cocaine was seized from his person. He is also accused of leaving the district in violation of his Supervised Release restrictions. The evidence of serious violations is strong. It appears likely that this defendant will do what he pleases, including cocaine distribution until he is physically restricted. I view his as a danger to the community. The Probation Department also recommend detention.

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: April 20, 2007

s/Donald A. Scheer  
*Signature of Judge*  
Donald A. Scheer, United States Magistrate Judge  
*Name and Title of Judge*